Order entered November 8 , 2012                           004806



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-00377-CR

**MANUEL LEIS PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F10-31001-J

---

## ORDER

The Court **GRANTS** appellant's November 6, 2012 motion to file amended brief.

We **ORDER** the Clerk of the Court to file appellant's amended brief tendered as of the

date of this order.

_____
CAROLYN WRIGHT
CHIEF JUSTICE